1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHARLES JONES,                          No.  2:20-cv-1984 AC P

12                   Plaintiff,

13           v.                               ORDER AND FINDINGS AND
                                              RECOMMENDATIONS
14    CURTIS ALLEN, et al.,

15                   Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

18    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On May 9, 2022, plaintiff's first amended complaint ("FAC") was screened, and he was

21    given the option of either amending it or proceeding on the cognizable claims raised against

22    defendants Erika Ramirez, Melani de la Vega, and Debrina Sanchez.  ECF No. 16 at 4-6, 7.

23    Plaintiff was given fourteen days to inform the court how he wished to proceed.  Id. at 7.  At that

24    time, plaintiff was also cautioned that his failure to return the notice form would result in a

25    recommendation that defendant Curtis Allen and the claims raised against him be dismissed.

26           More than fourteen days have passed, and plaintiff has not filed his notice on how to

27    proceed, nor has he responded to the court's order in any way.  For these reasons, the court will

28    recommend that defendant Curtis Allen as well as any claims raised against him be dismissed for

                                                  1

1  the reasons explained in the screening order, ECF No. 16, which is incorporated here by reference

2  as if set forth fully herein.

3        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a

4  United States District Judge to this action.

5        IT IS FURTHER RECOMMENDED that defendant Curtis Allen and all claims raised

6  against him in the first amended complaint (ECF No. 14) be DISMISSED.  See Fed. R. Civ. P.

7  41(b); Local Rule 110.

8        These findings and recommendations are submitted to the United States District Judge

9  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

10 after being served with these findings and recommendations, plaintiff may file written objections

11 with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

12 and Recommendations."  Plaintiff is advised that failure to file objections within the specified

13 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

14 (9th Cir. 1991).

15 DATED: June 1, 2022

16

17 ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2