UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | No. 2:20-cv-1984 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| CURTIS ALLEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2022, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 18. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued June 1, 2022 (ECF No. 18), are ADOPTED in full, and

2. Defendant Curtis Allen and all claims raised against him in the first amended complaint (ECF No. 14) are DISMISSED.  <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110.

Dated:  July 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

jone1984.800