IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES JONES,** | 2:20-cv-01984 WBS AC P |
| Plaintiff, | **~~(PROPOSED)~~ ORDER** |
| v. | |
| **CURTIS ALLEN, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to January 23, 2023.

Dated: October 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2022303800/36628757.docx

1

~~(Proposed)~~ Order (2:20-cv-01984 WBS AC P)