UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CURTIS ALLEN, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-1984 WBS AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 1, 2022, the undersigned issued findings and recommendations which recommended that a defendant in this action be dismissed.  ECF No. 18.  On July 5, 2022, the district judge assigned to this case adopted the findings and recommendations.  ECF No. 20.  Shortly thereafter, an order issued directing defendants to be served.  ECF No. 21.

　　　On July 12, 2022, the district judge's order adopting the findings and recommendations was returned to the court as "unable to locate."  On October 26, 2022, a subsequent order issued by the undersigned which granted defendants' motion for an extension of time to file a responsive pleading was also returned to the court as "undeliverable, return to sender."

////

Although it appears from the file that plaintiff's copies of the two orders were returned to the court, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Additionally, more than sixty-three days have passed since the court's July 5, 2022, order was returned to the court. During this period, plaintiff has not filed a change of address with the court as required by the Local Rules. See Local Rule 183(b). Therefore, the undersigned will recommend that this matter be dismissed for failure to prosecute. See id.

Accordingly, IT IS HEREBY ORDERED that defendants' deadline to file a responsive pleading, see ECF No. 30, is VACATED.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice for failure to prosecute. See Local Rules 110, 183(b); Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE