UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | No. 2:20-cv-1984 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| CURTIS ALLEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 2, 2022, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 31. As of November 28, 2022, no party has filed objections to the findings and recommendations.

Although it appears from the docket that two court orders sent to plaintiff have been returned to it since July 2022 (see 7/12/22 return of 7/5/22 court order; see also 10/26/22 return of 10/18/22 court order), plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of

1

documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued November 2, 2022 (ECF No. 31), are ADOPTED in full, and

2. This action is DISMISSED without prejudice for failure to prosecute.  See Local Rules 110, 183(b); Fed. R. Civ. P. 41(b).

Dated:  December 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

jone1984.803

2